Fill in this information to identify the case:

United States Bankruptcy Court for the:

DISTRICT OF HAWAII

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Confluence Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Regal Service Company** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0307519** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **91-202 Kalaeloa Blvd. Unit A**<br>**Kapolei, HI 96707**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Honolulu**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **regalservicecompany.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8113__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**　　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

**　　　　Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 17, 2025**
               MM / DD / YYYY

**X** **/s/ Christopher W. Caliedo**                     **Christopher W. Caliedo**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Chuck C. Choi**                              Date    **July 17, 2025**
Signature of attorney for debtor                                 MM / DD / YYYY

**Chuck C. Choi**
Printed name

**Choi & Ito**
Firm name

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
Number, Street, City, State & ZIP Code

Contact phone    **808-533-1877**        Email address    **cchoi@hibklaw.com**

**6435 HI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Confluence Corporation**

United States Bankruptcy Court for the:    DISTRICT OF HAWAII

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 17, 2025**          X **/s/ Christopher W. Caliedo**
                                            Signature of individual signing on behalf of debtor

                                            **Christopher W. Caliedo**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| | |
|---|---|
| Debtor name | **Confluence Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF HAWAII** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fox Capital Group, Inc.** c/o Bradley R. Pulice, Esq. 700 Bishop Street, # 2100 Honolulu, HI 96813 | **Sol Setton/Bradley Pulice** sol@landklegal.com/bpulice@paclawteam.com 718-316-6893/808-535-8400 | **Settlement in Fox Capital Group, Inc vs. Confluence Corp. et al, Civil No. 1CCV-24-0000357, In the First Circuit Court, State of Hawaii** | | | | **$1,281,120.00** |
| **Puckett Machinery Company** PO Box 321033 Flowood, MS 39232 | **John Putman** John.Putman@puckettmachinery.com 769-777-7171 | **Goods Provided; Services Rendered** | | | | **$771,055.10** |
| **Marisco, Ltd.** 91-607 Malakole St Kapolei, HI 96707 | **Vinen Singh** VSignh@marisco.net | **Goods Provided; Services Rendered** | | | | **$435,375.36** |
| **Enhanced Environmental & Emergency Svcs** c/o David F. Berry, IV, Esq. P.O. Box 320099 Flowood, MS 39232-9588 | **David F. Berry, IV, Esq.** dberry@dg-law.com 601-988-0000 | **Claims asserted in in Enhanced Env'tal. & Emerg. Svcs, Inc. vs Confluence Corp., Regal Service Co., in the Circuit Ct. of Hinds County Case No. 25-182** | **Disputed** | | | **$372,045.67** |
| **Allied Marine & Industrial Services** 87-156 Hila St Waianae, HI 96792 | **Lorelei Lyau-Goodwin** alliedmarine1@aol.com 808-679-8669 | **Goods Provided; Services Rendered** | | | | **$299,890.34** |
| **PHOENIX INTERNATIONAL** 99-1151 Iwaena St Aiea, HI 96701 | **Christin Walsh** cwalsh@phnx-international.com 808-486-6595 | **Goods Provided; Services Rendered** | | | | **$243,870.70** |

U.S. Bankruptcy Court - Hawaii   #25-00623   Dkt # 1   Filed  07/17/25   Page 6 of 31

| Debtor | **Confluence Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Logan Industries 1128 Aukele St Kailua, HI 96734 | Kim Lafon kim.lafon@loganindustries.net | Goods Provided; Services Rendered | | | | $223,000.00 |
| PDF, Inc 24 Sand Island Access Road, Suite 14 Honolulu, HI 96819 | Lori Dela Cruz lori@pdfhawaii.com 808-847-1900 | Goods Provided; Services Rendered | | | | $205,118.06 |
| IMIA, LLC 424 Sumner Street Honolulu, HI 96817 | Jim Canfield jcanfield@imiallc.com 904-236-0592 | Goods Provided; Services Rendered | | | | $200,764.79 |
| Piliero Mazza 1001 G Street NW, Suite 1100 Washington, DC 20001 | Janessa Martinez jmartinez@pilieromazza.com | Goods Provided; Services Rendered | | | | $191,302.34 |
| Venture Dynamics Enterprises, Inc. 904 Loudoun Ave Portsmouth, VA 23707 | A.Shelton ashelton@venture-dynamics.net 757-966-2959 | Goods Provided; Services Rendered | | | | $143,022.78 |
| Honolulu Commercial Cleaning LLC 1136 Union Mall, Ste 600 Honolulu, HI 96813 | Jarvis Gaidzinski jarvisjg@gmail.com 808-219-2751 | Goods Provided; Services Rendered | | | | $129,208.45 |
| Precision Power Systems 74-381 Kealakehe Pkwy, Ste J Kailua-Kona, HI 96740 | Angela Reynolds angela@precisionmarinepowerinc.com 808-376-8144 | Goods Provided; Services Rendered | | | | $120,601.64 |
| Akamai Maritime Solutions 94-356 Uke'e Street, Unit B Waipahu, HI 96797 | Kyle Shockley kyle@akamaimaritime.com 808-483-0387 | Goods Provided; Services Rendered | | | | $113,148.16 |
| BrandSafway Services LLC 900 Fort Street Mall, Suite 1680 Honolulu, HI 96813 | Delmundo Darrell DDelmundo@BrandSafway.com 808-682-0304 | Goods Provided; Services Rendered | | | | $107,242.48 |
| State of Hawaii, DOT-Harbors Division 79 S. Nimitz Hwy Honolulu, HI 96813-4898 | Guy K. Galdeira guy.k.galdeira@hawaii.gov 808.587.2055 | Goods Provided; Services Rendered | | | | $101,345.00 |

U.S. Bankruptcy Court - Hawaii   #25-00623   Dkt # 1   Filed  07/17/25   Page 7 of 31

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tradesmen International, LLC 1003 Bishop Street, Suite 1600 Pauahi Tower Honolulu, HI 96813** | **James Lawrence** **James.Lawrence@ttradesmeninternational.com** | **Goods Provided; Services Rendered** | | | | **$94,353.79** |
| **Lufkin Gears LLC PO BOX 301199 Dallas, TX 75303-1199** | **Cristina Esteves** **Cristina.Esteves2@bakerhughes.com 936-637-8224** | **Goods Provided; Services Rendered** | | | | **$91,537.00** |
| **AC Warehouse, Inc. 670 Auahi Street I-10 Honolulu, HI 96813** | **Sheldon Young** **syoung@acwarehousehi.com 808-545-3084** | **Goods Provided; Services Rendered** | | | | **$86,844.71** |
| **Quality Refrigeration Company Inc. 310 E. Harry Bridges Blvd Wilmington, CA 90744** | **Jeff Hawke** **jeff@qualityref.com 310-849-6718** | **Goods Provided; Services Rendered** | | | | **$84,457.68** |

# United States Bankruptcy Court
## District of Hawaii

In re   **Confluence Corporation**      Case No. _____

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher W. Caliedo**<br>**91-202 Kalaeloa Blvd. Unit A**<br>**Kapolei, HI 96707** | **Common Stock** | **1,000 Shares** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 17, 2025** _____      Signature   **/s/ Christopher W. Caliedo** _____

                                                                     **Christopher W. Caliedo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Hawaii

In re  **Confluence Corporation**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 17, 2025**

**/s/ Christopher W. Caliedo**
**Christopher W. Caliedo**/**President**
Signer/Title

2M

A 1 Alloys Inc.
3330 Beyer Blvd. Ste F
San Diego, CA 92173

A&J Manufacturing Company
70 Icon Foothill
Rach, CA 92610

A-Gas
PO Box 639445
Cincinnati, OH 45263-9445

Abatix Corp
PO Box 671202
Dallas, TX 75267-1202

ABS Global Engineering
1701 City Plaza Drive
Spring, TX 77389

AC Warehouse, Inc.
670 Auahi Street I-10
Honolulu, HI 96813

Access Hardware Inc.
285 Hukilike St Ste B-102
Kahului, HI 96732

Acro Instrument Company
1121 Coolidge Avenue
National City, CA 91950

ADP
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

AFG Alliance Funding Group
74 Kihapai Street
Kailua, HI 96734

AFLAC
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

AGM Container Controls, Inc.


Airgas USA, LLC
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

Akamai Maritime Solutions
94-356 Uke'e Street, Unit B
Waipahu, HI 96797

Alatas Americas Inc.
22015 South Frwy
Manvel, TX 77578

Alexander Gow
1436 NW 53rd Street
Attn: Becky Roehl
Seattle, WA 98107

Alliance Funding Group
17542 17th St. Suite 200
Tustin, CA 92780

Allied Marine & Industrial Services
87-156 Hila St
Waianae, HI 96792

Allied Storage Containers
PO BOX 12684
Fresno, CA 93778

Aloha Welding Incorporated
91-202 Kalaeloa Blvd
Kapolei, HI 96707

Alpha Services & Towing
91-730 Aikanaka Rd
Ewa Beach, HI 96706

Cerise Altobar
89-210 Pua Avenue
Waianae, HI 96789

Amerex Corporation
7595 GADSDEN HIGHWAY
PO BOX 81
TRUSSVILLE, AL 35173-0081

American Environmental, Inc.
PO BOX 570
Saraland, AL 36571

American Fan Company
2933 Symmes Road
Fairfield, OH 45014

American Longshore Mutual Association Lt
3585 Atlanta Avenue
Atlanta, GA 30354

AMPP Global Center Inc
15835 Park Ten Place
Houstan, TX 77084

Appleton Marine Inc
3030 E. Pershing Street
Attn: Steve Zahringer
Appleton, WI 54911-8671

Rowena Apuya
91-736 Kilipoe Street
Ewa Beach, HI 96706

ArcBest
P.O. Box 10048
Fort Smith, AR 72917

B&B Hose & Rubber Co Inc.
4604 Bainbridge Blvd
Chesapeake, VA 23320

Bank of Hawaii
111 S. King Street
Honolulu, HI 96813

BC Electric LLC
99-247 Ulune St
Aiea, HI 96701

Beier Radio, LLC
516 J F Smith Avenue
Slidell, LA 70460

Bob Arkus Custom Upholstery, Inc.
501 Sumner Street Suite 606
Honolulu, HI 96817

Reynante Bolo
92-904 Palailai Street 61
Kapolei, HI 96707

Brian Bonilla
98-234 Hekaha Street
Aiea, HI 96701

BrandSafway Services LLC
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

Brown & Brown Pacific Insurance Services
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Roberto Cabanting
94-106 Kaaka Place
Waipahu, HI 96797

Christopher Caliedo
91-1042 Waikai Street
Ewa Beach, HI 96706

Christopher W. Caliedo
91-202 Kalaeloa Blvd. Unit A
Kapolei, HI 96707

Melissa Caliedo
91-1042 Waikai Street
Ewa Beach, HI 96706

California Breakers, Inc.
2490 GRAND AVENUE
Vista, CA 92081

CAM Security
1540 S. King Street
Honolulu, HI 96826

Carrick Towing & Repair
P.O. Box 983
Waianae, HI 96792

CB Tech Services Inc.
1728 Kalani Street
Honolulu, HI 96819

Certified Inspection Services, Inc.
633 Strander Blvd
Tukwila, WA 98188

Bert Chan Wa
47-022 Okana Road
Kaneohe, HI 96744

Chemi-Toi

Chou Marine Chemist Service LLC
205 Sperry Loop
Wahiawa, HI 96786

Christopher W. Caliedo
653 MAPUNAPUNA ST
Honolulu, HI 96819

City Mill
660 N Nimitz Hwy
Honolulu, HI 96817

ClearStar, Inc
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Coast Valve & Fittings Co., Inc.
PO Box 139
Pascagoula, MS 39568

Commercial Services Inc.
dba Pacific Lock & Safe
P.O. Box 2561
Honolulu, HI 96804

Commercial Shelving, Inc.
2835 Ualena St
Honolulu, HI 96819

Concentra- OHC OF HAWAII
P.O. Box 4300
Rancho Cucamonga, CA 91729-4300

Cosco, Inc.
2312 Kamehameha Hwy, Suite B-1
Honolulu, HI 96819

Crossfield Products Corp.

Custom Metal Welding
91-111 Oola Pl
Ewa Beach, HI 96706

CWR Hawaii
120 Mokauea Street
Honolulu, HI 96819

D&M Hydraulic Sales & Service Inc.
94-148 Leowaena Street
Waipahu, HI 96797

Dale Carnegie Training Hawaii & Guam
99-1305 Koaha Place #A1
Aiea, HI 96701

Datrex, Inc.
PO Box 1537
13878 Hwy 165
Kinder, LA 70648-1537

David Pelaez Bouhot (v)
1147 Ala Napunan
Attn: David Pelaez Bouhot
Honolulu, HI 96818

David's Fencing, Inc.
94-079 Leokane Street
Waipahu, HI 96797-2007

Defense Maritime Solutions, Inc.
3617 Koppens Way
Chesapeake, VA 23323

Abraham Dela Cruz
1815 Kalani Street 1-1
Honolulu, HI 96819

Department of Taxation
State of Hawaii Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809-0259

Dept of Labor & Industrial Relations
830 Punchbowl St #321
Honolulu, HI 96813

DHX
P.O. BOX 845871
Los Angeles, CA 90084-5871

Direct Biz Capital
160 Pearl Street
New York, NY 10005

Felix Dorsaint
1322 Ala Alii Street
Honolulu, HI 96818

Armando Duldulao
136 Makani Avenue
Wahiawa, HI 96786

Ed Dang Machine Works, Inc.
1804 Democrat St
Honolulu, HI 96819

Electrical Hub
19565 144th Ave. NE
Woodinville, WA 98072

Elite Satisfactory Consulting & Audits
11433 Woodside Ave
Santee, CA 92071

Employment Security Dept. UI Tax
PO BOX 84242
Seattle, WA 98124-5542

Englund Marine & Industrial Supply
PO BOX 296
Astoria, OR 97103

Enhanced Environmental & Emergency Svcs
c/o David F. Berry, IV, Esq.
P.O. Box 320099
Flowood, MS 39232-9588

Epsilon Systems HI
96-1333 Waihona Street, Unit A
Pearl City, HI 96782

Fairbanks Morse Defense
701 White Ave
Beloit, WI 53511

Fassmer Service America, LLC
3650 NW 15th Street
Lauderhill, FL 33311

FedEx
PO Box 21415
Pasadena, CA 91185-1415

Fire Systems LLC
214 Sand Island Access Rd Unit L
Honolulu, HI 96819

First Hawaiian Bank
P.O. Box 1550
Honolulu, HI 96806

FlexForce
833 Greensprings Highway
Birmingham, AL 35209

FLEXICRAFT INDUSTRIES
c/o Robert S. Holland Esq.
P.O. Box 11688
Honolulu, HI 96828

Forum Energy Technologies
831 INDUSTRIAL BOULEVARD
Bryan, TX 77803

Fox Capital Group, Inc.
c/o Bradley R. Pulice, Esq.
700 Bishop Street, # 2100
Honolulu, HI 96813

GE Energy Power Conversion USA Inc.
101 N. Campus Drive
Imperial, PA 15126

GENERATORS HAWAII CORPORATION
41-689 Ahiki St
Waimanalo, HI 96795

Glenn Machine Works Inc.
PO Box 1247
Columbus, MS 39703

GP Energy Company LLC
1486 Lower Kimo Dr
Kula, HI 96790

GP ROADWAY SOLUTIONS
P.O BOX 1300
Honolulu, HI 96807-1300

Grainger
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Greene Rubber Co
20 Cross ST
Woburn, MA 01801

Hardware Hawaii
30 Kihapai St
Kailua, HI 96734

Hawaii Employers Council
2682 Waiwai Loop
Honolulu, HI 96819

Hawaii Marine Cleaning
96-1382 Waihona St #B5
Pearl City, HI 96782

Hawaii MMGD LLC
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Hawaii Nut & Bolt, Inc.
905 Ahua St
Honolulu, HI 96819-4410

Hawthorne CAT
94-025 Farrington Highway
Waipahu, HI 96797

HERC Rentals Inc.
PO Box 936257
Atlanta, GA 31193-6257

```
HILL MARINE REFRIGERATION
PO Box 40620
Mobile, AL 36640

Hobart Service


Home Depot
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Honolulu Commercial Cleaning LLC
1136 Union Mall, Ste 600
Honolulu, HI 96813

Honolulu Disposal Service Inc. -17466003
1169 Mikole Street
Honolulu, HI 96819

Howden USA
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

ILPT KK 202 LLC
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

IMIA, LLC
424 Sumner Street
Honolulu, HI 96817

IMIA, LLC
30500 State Highway 181, Suite 128
Spanish Fort, AL 36527

Industrial Hardware Hawaii
1314 S King St Ste 1660
Honolulu, HI 96814

Inspec Testing Inc.
1413 Wilson Avenue
National City, CA 91950

Int'l Marine & Industrial Applicators LL
PO Box 1888
Daphne, AL 35626

Intech
900 Fort Street Mall, Suite 1722
Honolulu, HI 96813
```

Intech Marine Services, LLC
1226 Executive Blvd
Chesapeake, VA 23320

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-0734

IPFS Corporation
1055 Broadway, 11th Floor
Kansas City, MO 64105

Jeffrey Irorita
91-1090 Hanaloa Street
Ewa Beach, HI 96706

Island Steel Erectors LLC
3180 Ualena St
Honolulu, HI 96819

Alyssa Jaramillo
91-1042 Waikai Street
Ewa Beach, HI 96706

Johnson Controls
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

JUS NUTZ & BOLTZ, Inc.
925 Hala Drive
Honolulu, HI 96817

Raymond Kamaile
91-1300 Kamahoi Street
Ewa Beach, HI 96706

Kana'i's Rolloff LLC
45-339 Kulauli St
Kaneohe, HI 96744

Kane International Corp.
94-155 Leoole St Ste 206
Waipahu, HI 96797

Nainoa Kang-Mahelona
89-226 Kawao Avenue
Waianae, HI 96789

Keehi Marine, Inc.
24 Sand Island Access Road
Honolulu, HI 96819

Rider Keopuhiwa
84-941 Hana Street
Waianae, HI 96789

Kongsberg Underwater Technology, LLC
19210 33rd. Ave. West Suite A
Lynnwood, WA 98036

Korea Steel Co., LTD

Lake Assault Boats, LLC
1 Clough Ave
Superior, WI 54880-1300

Laser Metrix, LLC
508 Airpark Road
Plymouth, WI 53073

Lawall & Mitchell, LLC
55 Madison Avenue, Suite 400
Attn: Aaron A. Mitchell, Esq.
Morristown, NJ 07960

Liferaft & Marine Safety Equipment, Inc.
47-924 Kamakoi Road, #3
Kaneohe, HI 96744

Lin Tec Fire Solutions
1130 N Nimitz Hwy, Suite A-200
Honolulu, HI 96817

Logan Industries
1128 Aukele St
Kailua, HI 96734

Lokring West Coast
10650 Alameda St
Lynwood, CA 90262

Lowe's
P.O. Box 530954
Atlanta, GA 30353-0954

Lufkin Gears LLC
PO BOX 301199
Dallas, TX 75303-1199

Carlos Lugo Ladino
1512 Spreckles St Apt 401
Honolulu, HI 96822

Luhina LLC
1931 N King St
Honolulu, HI 96819

Malama Inspection LLC
1003 Bishop St Ste 2700
Honolulu, HI 96813

Marine Spill Response Corporation
Hawaii Responder
Pier 15
Honolulu, HI 96819

Marisco, Ltd.
91-607 Malakole St
Kapolei, HI 96707

Mark Moreno


Matheson Tri-Gas Inc.
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

McFerne Sales Co
719 South St Unit 117
Honolulu, HI 96813

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

MediExcel Health Plan
750 Medical Center Ct., Ste. 2
Chula Vista, CA 91911

MES Supply
6130 Rangeline Road
Theodore, AL 36582

Mid City Restaurant Supply
500 Alakawa Street, Room 118
Honolulu, HI 96817

Mid Pacific Steel, Inc.
3169 Ualena Street
Honolulu, HI 96819

Midwest BankCenter
2191 Lemay Ferry Road
Saint Louis, MO 63125

Milaflor Caliedo
91-1019 Ahona St
Ewa Beach, HI 96706

MILITARY SEALIFT COMMAND, SSU SAN DIEGO
140 SYLVESTER ROAD, BUILDING 570
Naval Base Point Loma
San Diego, CA 92106-3521

Edward Mitchell
2188 California Avenue
Wahiawa, HI 96786

Mark Moreno
1109 Acacia Road
Pearl City, HI 96782

NAPA
3165 N NIMITZ HWY
Honolulu, HI 96819

Izziah Napalapalai-Kahealii
87-1672 Mokila Street
Waianae, HI 96789

National Construction Workforce
2500 E 4th Street
Indianapolis, IN 46205

NAVFAC HAWAII
Services Acquisition Division (PRJ233)
400 Marshall Road
J B P H H, HI 96860-3139

NC Power Systems Co.
17035 W Valley Hwy
Tukwaila, WA 98188

Network Innovations Maritime
4237 24th Ave. W
Seattle, WA 98199

North Sails Hawaii, Inc.
1321 HART ST SUITE 202
Honolulu, HI 96817

Northeast Electrical
103 Koko Isle Cir
Honolulu, HI 96825

NSC Technologies Worldwide
PO Box 674928
Dallas, TX 75267-4928

Nurry Kwan

O'Connor Playdon Guben & Inouye LLP
737 Bishop St, STE 2340
Honolulu, HI 96813

Oil Recovery Company, Inc. of Alabama
PO Box 1803
Mobile, AL 36633

Olympic Propeller Company
8142 South March Point Rd
Anacortes, WA 98221

Omega Marine Refrigeration LLC
3120 Beachmont Avenue
Norfolk, VA 23504

OneSource
PO Box 740527
Los Angeles, CA 90074-0527

Derek Paaluhi
87-208 Helelua Street 4
Waianae, HI 96789

Pacific Chemical Labs, Inc.
10205 Rue Chamonix
San Diego, CA 92131

Pacific Commercial Services
91-254 Olai St
Kapolei, HI 96707

Pacific Lock & Safe
730 Moowaa St #I
Honolulu, HI 96817

Pape' Group Inc.
91-557 Awakumoku St
Kapolei, HI 96707

Paradise Lua, Inc.
P O BOX 700490
Kapolei, HI 96709-0490

Paula C Smith
575 Northeast Vena Street
Bremerton, WA 98311

PDAC Systems, Inc.
220 W 25th Street, Suite C
National City, CA 91950

PDF, Inc
24 Sand Island Access Road, Suite 14
Honolulu, HI 96819

Pearl Harbor Navy Shipyard & IMF
667 SAFEGUARD ST., STE. 100
J B P H H, HI 96860-5033

People Ready
925 Fourth Ave Ste 2900
Seattle, WA 98104

PHOENIX INTERNATIONAL
99-1151 Iwaena St
Aiea, HI 96701

Piliero Mazza
1001 G Street NW, Suite 1100
Washington, DC 20001

PIONEER ELECTRIC, Inc.
228 Mohonua Place
Honolulu, HI 96819

PPG Paints
2312 Kamehameha Hwy
Honolulu, HI 96819

Precision Power Systems
74-381 Kealakehe Pkwy, Ste J
Kailua-Kona, HI 96740

James Price
480 Mananai Place, 12C
Honolulu, HI 96818

Prime Time Coatings Inc.
202 E.26th Street
National City, CA 91950

Pro-Tech Industrial Services, LLC
45 South Park Drive
Perkinston, MS 39573

Puckett Machinery Company
PO Box 321033
Flowood, MS 39232

Quality Refrigeration Company Inc.
310 E. Harry Bridges Blvd
Wilmington, CA 90744

R.J. Kates Company, Inc.
9176 Kearny Villa Court
San Diego, CA 92123

Rapp Marine
1136 Union Mall Ste 301
Honolulu, HI 96813

Raytheon
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

RONSON TECHNICAL PRODUCT
2146-B Flintstone Drive
Tucker, GA 30084-5000

Royal Metals
120 Mokauea Street
Honolulu, HI 96819

Costa Royce-Victor
92-538 Ualehei Street
Kapolei, HI 96707

Sako Electric Motor Rewinding Corp
2023 Republican St
Honolulu, HI 96819

Samson Trucking Inc.
87-161 Manuoioi Pl
Waianae, HI 96792

San Diego Metal Graphics
7902 Dagget Street, Suite J
San Diego, CA 92111

Seacoast USA
P.O. Box 734769
Chicago, IL 60673-4769

Sedgwick Claims Management Services Inc.
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Separator Spare & Equipment
144 Intracoastal Drive
Houma, LA 70363

Servco Auto Waipahu
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

Shell

Shred-It
13-1232 Kahukai Street
Pahoa, HI 96778

SIEMENS INDUSTRY Inc.
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

Slim Capital, LLC
9301 Wilshire Blvd., Suite 425
Beverly Hills, CA 90210

Southern Pipe & Supply

Southern Truck & Equipment, Inc.
P.O. Box 1505
Theodore, AL 36590

Standard Calibrations, Inc.
501 Resource Row
Chesapeake, VA 23320

State of Hawaii, DOT-Harbors Division
79 S. Nimitz Hwy
Honolulu, HI 96813-4898

Statewide Safety Systems
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Supreme Integrated Technology, Inc.


Sure Can LLC
84-242 MAKAHA VALLEY RD
Waianae, HI 96792

Surecan LLC
84-242 Makaha Valley Rd
Waianae, HI 96792

Surecan LLC (v)
84-686 Farrington Hwy
Waianae, HI 96792

Survival Systems International
2999 Oak Rd., Suite 210
ATTN: Survival Systems International
Walnut Creek, CA 94597

Targeted Lease Capital


Targeted Lease Capital LLC
5500 Main Street, Suite 300
Buffalo, NY 14221

TECO Westinghouse
PO Box 846052
Dallas, TX 75284-6052

The American Equity Underwriters Inc.
P.O. Box 602424
Charlotte, NC 28260-2424

The Hiller Companies, Inc.
PO Box 935434
Atlanta, GA 31193-5434

The RMR Group
220 S. King Street, Suite 1700
Honolulu, HI 96813

The Sherwin Williams Co.
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Tires Today
91-361 Komohana Pl, Ste 101
Kapolei, HI 96707

Brandon Tobosa
95-437 Lanikuhana Ave
Mililani, HI 96789

Toledo Scale Hawaii
P.O. BOX 30898
Honolulu, HI 96820-0898

Tork Systems, Inc.
PO Box 350117
Jacksonville, FL 32235

Toshiba Financial Services
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

Tradesmen International, LLC
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Trident Maritime Systems LLC
P.O. Box 737757
Dallas, TX 75373-7757

Turn Key Scaffold LLC
PO Box 120340
Chula Vista, CA 91912

U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935-4910

ULINE
P.O. Box 88741
Chicago, IL 60680-1741

Unitek Solvent Services, Inc.
91-125 Kaomi Loop
Kapolei, HI 96707

Unitek Supply LLC
96-1367 Waihona Street
Pearl City, HI 96782

Universal Crane Services
94-1221 Ka Uka Blvd
108 316
Waipahu, HI 96797

USDA APHS PPQ
Hawaii Fruit Fly Facility
41-650 Ahiki St.
Waimanalo, HI 96795

Vapor Power International, LLC
PO Box 7659
Carol Stream, IL 60197-7659

Alberto Vargas
1413 Aheahe Avenue
Wahiawa, HI 96786

Venture Dynamics Enterprises, Inc.
904 Loudoun Ave
Portsmouth, VA 23707

Verus Associates, Inc.
900 Fort Street Mall, Suite 1680
Honolulu, HI 96813

Waste Pro
571 Halemalu Pl
Wailuku, HI 96793

Water Weights Inc.
470 Satellite Boulevard, NE, Suite K
Suwanee, GA 30024

Waylen Crane Services, Inc.
PO Box 10026
Honolulu, HI 96816

Wells Fargo Vendor Financial Svcs, LLC
5000 Riverside Drive, Suite 300 East
Irving, TX 75039-4314

Western Fire & Safety CO., Inc.
2654 NW Market St
Seattle, WA 98107

Western Pacific Crane & Equipment
1003 Bishop Street, Suite 1600
Pauahi Tower
Honolulu, HI 96813

Wex Bank
P.O Box 4337
Carol Stream, IL 60197-4337

White Cap
729 Ahua Street
Honolulu, HI 96819

Willamette Valley Refrigeration
PO Box 42136
Eugene, OR 97404

Willcox Savage
440 Monticello Aenue, Suite 2200
Norfolk, VA 23510

Wilson Walton International Inc.
3349 Rt 138 Bldg C Suite E
Wall, NJ 07719

WM
PO Box 55558
Boston, MA 02205-5558

Wynwood Capital Group LLC
c/o Isaac Greenfield, Esq.
2 Executive Blvd., Ste 305
Suffern, NY 10901

# United States Bankruptcy Court
## District of Hawaii

In re  **Confluence Corporation**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Confluence Corporation**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 17, 2025**

Date

**/s/ Chuck C. Choi**

**Chuck C. Choi**

Signature of Attorney or Litigant

Counsel for  **Confluence Corporation**

**Choi & Ito**

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
**808-533-1877 Fax:808-566-6900**
**cchoi@hibklaw.com**